IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silverton Bank, N.A., | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : Civil Action No. 1:11-cv-3682-SCJ |
| vs. | : <br> : |
| WILLIAM A. CARRUTH, JR. and LAURA A. CARRUTH, | : <br> : <br> : |
| Defendants. | : |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME FOR RESPONSE**

COME NOW, WILLIAM A. CARRUTH, JR. and LAURA A. CARRUTH (hereinafter collectively "Defendants"), by and through their undersigned counsel of record, and file this their Motion for Extension of Time for Response and respectfully show this Honorable Court as follows:

1.

Plaintiff filed the underlying Complaint on or about November 26, 2011.

2.

As of the date of this Motion, Defendants have not filed an Answer to the Plaintiff's Complaint or any other responsive pleading thereto.

3.

As a result, Plaintiff filed on or about January 26, 2012, its Motion for Default Judgment seeking an Order and Default Judgment from this Court.

4.

As of the time of Plaintiff's filing of the underlying Complaint and continuing through the date hereof, Plaintiff and Defendants have discussed the potential settlement of the underlying dispute.

5.

The parties are continuing to exchange offers of settlement; however, the parties have been unable to reach a full and final settlement as to all issues.

6.

Defendants believe it is in the best interest of judicial economy and policy to resolve disputes without judicial intervention. Therefore, the Defendants are requesting an additional extension of time through and including March 20, 2012, to allow the Defendants to respond to the Motion for Default Judgment filed by Plaintiff. The additional period of time will allow the parties to continue settlement negotiations, which will hopefully come to fruition and allow for the resolution of the case.

7.

Plaintiff, by and through its counsel of record, consents to the extension through and including March 20, 2012, for Defendants to answer, move, or otherwise respond to said Motion.

8.

For the Court's consideration, a proposed Order is attached as Exhibit "A."

WHEREFORE, Defendants, WILLIAM A. CARRUTH, JR. and LAURA A. CARRUTH, pray that this Motion be GRANTED and that the deadline for responding to the Plaintiff's Motion for Default Judgment be extended through and including March 20, 2012.

Respectfully submitted, this 29th day of February, 2012.

MOORE INGRAM JOHNSON & STEELE, LLP


/s/ J. Kevin Moore
J. Kevin Moore
Georgia Bar No. 519728

Emerson Overlook
326 Roswell Street
Marietta, Georgia 30060
Telephone: (770) 429-1499
Facsimile: (770) 429-8631
E-mail: jkm@mijs.com

Attorneys for Defendants

## CERTIFICATE OF COMPLAINCE PURSUANT TO LOCAL RULES

Pursuant to the Local Rules this certifies that this document was prepared using the Times New Roman font in 14 point. Said font and point selections are approved by L.R.5.1.

Respectfully submitted, this 29th day of February, 2012.

        MOORE INGRAM JOHNSON & STEELE, LLP

        */s/ J. Kevin Moore*
        J. Kevin Moore
        Georgia Bar No. 519728

        Emerson Overlook
        326 Roswell Street
        Marietta, Georgia 30060
        Telephone: (770) 429-1499
        Facsimile: (770) 429-8631
        E-mail: jkm@mijs.com

        Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

This is to certify that we have this date electronically filed the Defendants' **MOTION FOR EXTENSION OF TIME FOR RESPONSE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the Plaintiff's counsel of record.

This 29th day of February, 2012.

        MOORE INGRAM JOHNSON & STEELE, LLP

        */s/ J. Kevin Moore*
        J. Kevin Moore
        Georgia Bar No. 519728

        Emerson Overlook
        326 Roswell Street
        Marietta, Georgia 30060
        Telephone:  (770) 429-1499
        Facsimile:  (770) 429-8631
        E-mail:   jkm@mijs.com

        Attorneys for Defendants