FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silverton Bank, N.A.
vs. WILLIAM A. CARRUTH, JR. and LAURA A. CARRUTH; CAFN 1:11-CV-3682-SCJ
Stephanie Friese Aron, Attorney for Plaintiff

Local Form 005a (5/10)
(formerly DC11, rev. 7/82)

# WRIT OF EXECUTION

| **United States District Court** | DISTRICT: NORTHERN DISTRICT OF GEORGIA |
|---|---|

**TO THE MARSHAL OF:** THE NORTHERN DISTRICT OF GEORGIA

**YOU ARE HEREBY COMMANDED,** that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**

WWILLIAM A. CARRUTH, JR. and LAURA A. CARRUTH, jointly and severally

you cause to be made and levied as well a certain debt of:

**DOLLAR AMOUNT** / **DOLLAR AMOUNT**

principal amount of $1,753,000.37; $285,671.99 in pre-judgment interest; $1,000.00 in late charges; $5,251.00 in expenses; and $306,738.50 in attorneys' fees for the **total amount of $2,351,661.86**; plus interest from the date of judgment as provided by law

in the United States District Court for the __NORTHERN__ District of __GEORGIA__, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

WILLIAM A. CARRUTH, JR. and LAURA A. CARRUTH, jointly and severally

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | U.S. DISTRICT COURTHOUSE | DISTRICT | NORTHERN DISTRICT OF GEORGIA |
|---|---|---|---|
| CITY | ATLANTA, GEORGIA | DATE | |

Witness the Honorable __STEVE C. JONES__
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| | JAMES N. HATTEN |
| | (BY) DEPUTY CLERK |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |